# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 14. Motion for Extension of Time

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** | 24-2897

**Case Name** | Shosh Yonay and Yuval Yonay v. Paramount Pictures Corp.

Requesting Party Name(s) | Shosh Yonay; Yuval Yonay

I am:    ○ The party requesting the extension.

       ● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)

☐ Motion to proceed in forma pauperis

☐ Motion for a certificate of appealability

☐ Response/opposition to a pending motion

☐ Reply to a response/opposition to a pending motion

☐ Certified Administrative Record

☐ Response to court order dated [               ]

☒ Other (*you **must** describe the document*)

[ Excerpts of Record ]

The requested new due date is: | Sep 16, 2024

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Please see attached page.

**Signature** | s/ Marc Toberoff    **Date** | Jul 2, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

   ○ I have **NOT** filed a previous request to extend time to file the document.

   ○ I have previously requested an extension of time to file the document.

      This motion is my [_____] request.

      *(Examples: first, second)*

Bail/detention status (*select one*):

   ○ The defendant is incarcerated. The projected release date is: [_____].

   ○ The petitioner is detained.

   ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [_____]  **Date** [_____]

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**       2       *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1.  I request an extension of time to file the | Opening | brief.
    *(Examples: opening, answering, reply, first cross-appeal)*

2.  The brief's current due date is: Jul 17, 2024

3.  The brief's first due date was: Jun 17, 2024

4.  A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

    Please see attached page.

5.  The position of the other party/parties regarding this request is:

    ☒ Unopposed.

    ☐ Opposed by *(name of party/parties opposing this motion):*

    ☐ Unknown. I am unable to verify the position of the other party/parties because:

6.  ☒ The court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7.  ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | s/ Marc Toberoff | **Date** | Jul 2, 2024
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**      3      *New 12/01/2018*

**Attachment to Form 14. Motion for Extension of Time**
**No. 24-2897**

Counsel for Appellants have been diligently drafting their opening brief; however, the following unavoidable conflicts have necessitated this request for a 60-day extension: (1) severe workload conflicts due to deadlines converging in counsel's other cases, *e.g., Hill v Amazon*, No. CV 24-1587 HDV (C.D. Cal.); (2) the home of Appellants' lead counsel, Marc Toberoff is under construction causing near-daily work disruptions and frequent out-of-office meetings to deal with construction issues, inspections, etc.; (3) a key attorney on Appellants' legal team, Tommy Ferdon, has been unable to work full time due to "wedding planning" and leaves mid-August 2024 for his honeymoon, and (4) Appellants' lead counsel will be traveling on a pre-scheduled family vacation in Africa, July 22 - August 12, 2024.