UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHOSH YONAY, an individual and YUVAL YONAY, an individual, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> PARAMOUNT PICTURES CORPORATION, <br><br> Defendant - Appellee. | No. 24-2897 <br><br> D.C. No. 2:22-cv-03846-PA-GJS <br> Central District of California, Los Angeles <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 9) for an extension of time to file the opening brief is granted.

The opening brief is due September 16, 2024. The answering brief is due October 16, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT