No. 24-2897

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SHOSH YONAY, an individual, and YUVAL YONAY, an individual,

*Plaintiffs-Appellants*,

v.

PARAMOUNT PICTURES CORPORATION, a Delaware corporation,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Central District of California
No. 22-CV-03846-PA-GJS
Hon. Percy Anderson

## NOTICE OF ERRATA AS TO APPELLANTS' MOTION FOR LEAVE TO EXCEED TYPE-VOLUME LIMIT

Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (S.B. #66473)
*alex@kozinski.com*
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Appellants*
Shosh and Yuval Yonay

Appellants Shosh Yonay and Yuval Yonay ("Yonays") respectfully submit this Notice of Errata as to their September 16, 2024 Motion for Leave to Exceed Type-Volume Limit ("Motion" or "Mot.") and Declaration of Marc Toberoff in support of said Motion ("Declaration" or "Decl.") to elaborate on Paramount Pictures Corp.'s ("Paramount") position with respect to same.

The Motion and Declaration correctly stated that Paramount advised it does not oppose the Yonays' Motion. (Mot. at 1; Decl. ¶ 3) Paramount additionally requests it be known that it does not believe an extension is needed, but defers to the Court's judgment on the matter and asks that any such extension apply equally to the principal briefs of the Yonays and Paramount alike.

The Yonays likewise do not oppose Paramount's request.

A corrected Motion and Declaration in redline are attached hereto as Exhibits 1 and 2, respectively, and in clean copy as Exhibits 3 and 4, respectively.

DATED: September 17, 2024     Respectfully submitted,

        **TOBEROFF & ASSOCIATES, P.C.**

        By: */s/ Marc Toberoff*
              Marc Toberoff

        *Attorneys for Appellants*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that the document will be served via ACMS on all parties or their counsel of record.

DATED: September 17, 2024           By: */s/ Marc Toberoff*
                                              Marc Toberoff

                                        *Attorneys for Appellants*