**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHOSH YONAY, an individual; YUVAL YONAY, an individual,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION,<br><br>Defendant - Appellee. | No. 24-2897<br><br>D.C. No. 2:22-cv-03846-PA-GJS<br>Central District of California, Los Angeles<br><br>ORDER |

Appellants' motion pursuant to Ninth Circuit Rule 32-2(a) to file an oversized opening brief (Docket Entry No. 11), as supplemented, is denied. *See* Advisory Note to Circuit Rule 32-2 ("Motions to exceed the word limit will not be granted absent extraordinary and compelling circumstances. The Court already provides more generous word limits than provided by FRAP and most other Circuits. In almost all cases, the limits provided suffice even for multiple or complex issues. Most overlength briefs could be shorter and unnecessarily burden the Court.").

The Clerk will strike the opening brief submitted at Docket Entry No. 13.

On or before September 26, 2024, appellants shall file an opening brief that complies with the length limits set forth in Ninth Circuit Rule 32-1.

The answering brief is due October 28, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT