UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHOSH YONAY, an individual and YUVAL YONAY, an individual,

　　　　Plaintiffs - Appellants,

　v.

PARAMOUNT PICTURES CORPORATION,

　　　　Defendant - Appellee.

No. 24-2897

D.C. No.
2:22-cv-03846-PA-GJS
Central District of California,
Los Angeles

ORDER

The opening brief submitted by Appellants is filed.

Within 7 days of this order, Appellants must file 6 copies of the brief in

paper format bound with blue front cover pages. Each copy must include

certification at the end that the copy is identical to the electronic version. The Form

18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellants are filed. Within 7 days of

this order, Appellants must file 3 copies of the excerpts in paper format securely

bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery

and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The

regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT