| | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | OCT 9 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SHOSH YONAY, an individual and YUVAL YONAY, an individual,

    Plaintiffs - Appellants,

v.

PARAMOUNT PICTURES CORPORATION,

    Defendant - Appellee,

------------------------------------

NATIONAL SOCIETY OF ENTERTAINMENT AND ARTS LAWYERS,

    Amicus Curiae - Pending.

No. 24-2897

D.C. No. 2:22-cv-03846-PA-GJS
Central District of California,
Los Angeles

ORDER

    The motion of National Society of Entertainment & Arts Lawyers for leave to file an amicus curiae brief (Docket Entry No. 23) and any responses are referred for resolution to the panel that will consider the merits of the case.

    Within 7 days after the date of this order, amicus curiae is ordered to file 6 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the

court's website at http://www.ca9.uscourts.gov/forms/.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT