# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 24-2897

**Case Name** | Yonay, et al. v. Paramount Pictures Corporation

Hearing Location (*city*) | Pasadena

Your Name | Molly Lens

List the sitting dates for the two sitting months you were asked to review:

> May 12-16, 19-23
> June 2-6, 9-13

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> May 16: Court appearance scheduled in another case.
> June 6 (afternoon-only conflict): Pre-planned travel out of state.
> June 11: Court appearance scheduled in another case.
> June 12: Client's inflexible family obligation.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Molly Lens          **Date** | 01/28/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov