UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-2897

**Case Name** Yonay, et al. v. Paramount Pictures Corp.

**Hearing Location** (*city*) Pasadena

**Your Name** Marc Toberoff

List the sitting dates for the two sitting months you were asked to review:

May 12-16, 19-23
June 2-6, 9-13

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

May 19, 2025: case management conference in another matter

Proposed alternative dates (Pasadena): April 7-11, 2025

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Marc Toberoff  **Date** January 28, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  New 12/01/2018